UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHEYENNE BROWN,

    Plaintiff,

v.

C/O CAULKINS, C/O TEACHOUT, C/O SHEA, C/O GRIMES, JOHN DOE 1-4,

    Defendants.

CASE NO. C12-5692 RBL/KLS

ORDER GRANTING EXTENSIONS OF PRETRIAL DEADLINES

Defendants move for an extension of the deadlines set by the pretrial scheduling order. ECF No. 18. Defendants request that the Court extend the deadlines set forth in its original Order by 90 days to provide the parties with adequate time to complete discovery and to file dispositive motions. *Id.* Defendants wish to file a dispositive motion but cannot do so because Plaintiff has not responded to written discovery sent to him in March, 2013. Plaintiff filed no response to the motion. The Court finds good cause for the requested extensions.

Accordingly, it is **ORDERED:**

(1) All discovery shall be completed by **September 13, 2013,** dispositive motions shall be filed and served on or before **November 15, 2013**, and the parties are directed to confer and provide the Court with a joint status report by no later than **February 14, 2014**.

ORDER GRANTING EXTENSIONS OF
PRETRIAL DEADLINES- 1

(2)    The Clerk of Court is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  17th  day of June, 2013.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING EXTENSIONS OF
PRETRIAL DEADLINES- 2