UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHEYENNE BROWN,

                Plaintiff,

    v.

CLALLAM BAY CORRECTIONAL OFFICERS SHEA GRIMES, TEACHOUT, CAULKINS, JOHN DOE DEFENDANTS,

                Defendants.

No. C12-5692 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     Defendants' Motion for Summary Judgment (Dkt. 21) is **GRANTED;** Plaintiff's claims against Defendants are **Dismissed With Prejudice**.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 14th day of January, 2014.

                RONALD B. LEIGHTON
                UNITED STATES DISTRICT JUDGE

ORDER TO AMEND OR SHOW CAUSE- 1